**United States District Court**
**District of Massachusetts**

<table>
<tr><td>

**Daniel Nykiel, et al.,**

  **Plaintiffs,**

   **v.**

**Smith & Nephew, Inc., et al.,**

  **Defendants.**

</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>

**Civil Action No.**
**24-12247-NMG**

</td></tr>
</table>

**MEMORANDUM & ORDER**

**GORTON, J.**

Now pending before this Court is the Report and
Recommendation of United States Magistrate Judge, Jennifer C.
Boal, recommending that this Court allow, in part, and deny, in
part, the motion to dismiss of defendants, Smith & Nephew, Inc.,
the Board of Directors of Smith & Nephew, Inc., and the U.S.
Pension and Benefits Executive Committee of Smith & Nephew, Inc.

After careful consideration of the Report and
Recommendation and the objections thereto of plaintiffs and
defendants (Docket Nos. 60 and 61), the Court agrees with the
Magistrate Judge that plaintiffs, Daniel Nykiel and Annemari
Cooley, lack standing with respect to Counts I, II and III and
that, even if this Court were to find that the standing
requirements had been met, plaintiffs fail to state a cause of
action with respect to Counts I and III.

- 1 -

- 2 -

## ORDER

For the foregoing reasons, the Report and Recommendation (Docket No. 59) is **ACCEPTED AND ADOPTED**.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated:  August 13 , 2025