UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL NYKIEL and ANNEMARI COOLEY, individually and as the representatives of a class of similarly situated persons, and on behalf of The Smith & Nephew U.S. Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH & NEPHEW, INC., BOARD OF DIRECTORS OF SMITH & NEPHEW, INC., US PENSION AND BENEFITS EXECUTIVE COMMITTEE OF SMITH & NEPHEW, INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-12247-NMG |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Daniel Nykiel and Annemari Cooley ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notice and authorize distribution of the Notice to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes only; (4) schedule a final approval hearing; (5) approve the CAFA letter; (6) preliminary approve the Plan of Allocation; and (7) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit A**), the Declarations of Daniel Nykiel and Annemari Cooley, and all files, records, and

proceedings in this matter.  Defendants do not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement as parties to the Settlement.

Dated this 13th day of February, 2026      Respectfully submitted,

**WALCHESKE & LUZI, LLC**

<u>*s/ Paul M. Secunda*</u>
Paul M. Secunda (admitted *pro hac vice*)
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**JONATHAN M. FEIGENBAUM, ESQ.**
Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs and Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda
